NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARRY ELLIS,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, Secretary of Veterans Affairs,**
*Respondent-Appellee.*

---

2013-7139

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 11-3182, Judge Margaret C. Bartley.

---

**ON MOTION**

---

**O R D E R**

Eric Shinseki, Secretary of Veterans Affairs, requests without opposition an extension of time until November 10, 2013 to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                           ELLIS v. SHINSEKI

The motion is granted.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s24